UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
INTL HANLEY, LLC,

                              Plaintiff,
          -against-

FRANGOS PIONEIRO INDUSTRIAE
COMERCIO DE ALIMENTOS LTDA,

                              Defendant.
-----------------------------------X

MEMORANDUM OPINION
AND ORDER

12 Civ. 7493 (MGC)

**Cedarbaum, J.**

     INTL Hanley, LLC moves for a default judgment against

Frangos Pioneiro Industriae Comercio de Alimentos LTDA in this

diversity action.  For the following reasons, the motion is

denied and the complaint is dismissed.

     A limited liability company's citizenship for diversity

purposes is the citizenship of its members.  Handelsman v.

Bedford Vill. Assocs. Ltd. P'ship, 213 F.3d 48, 52-53 (2d Cir.

2000).  The complaint does not contain sufficient allegations

regarding either the plaintiff or defendant to establish

diversity jurisdiction.  I explained this deficiency to INTL

Hanley's counsel at a conference on March 19, 2013.  I

instructed INTL Hanley that should it wish to make a motion for

default judgment, it must submit information on the citizenship

of the members of both parties.  INTL Hanley failed to do so.

Furthermore, counsel for INTL Hanley failed to appear on the

1

return date for the default judgment motion, even though this return date was selected by counsel.

Accordingly, INTL Hanley's motion for default judgment is denied.  The complaint is dismissed for failure to establish subject matter jurisdiction.  The clerk is directed to close the case.

SO ORDERED.

Dated:    New York, New York
          May 23, 2013


                                    S/_____
                                       MIRIAM GOLDMAN CEDARBAUM
                                      United States District Judge